UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EARLY as Guardian Ad Litem for S.E.,<br><br>    Plaintiff,<br><br>    v.<br><br>KEYSTONE RESTAURANT GROUP, LLC  AND SONIC CORP.,<br><br>    Defendants. | No.  2:16-cv-00740-JAM-DB<br><br>**ORDER DISMISSING DEFENDANT SONIC CORP. WITH LEAVE TO AMEND** |

On June 23, 2016, Sonic Corporation ("Sonic Corp.") moved to Dismiss for lack of personal jurisdiction (Doc. #6).[1]  In its response, Plaintiff admitted that it mistakenly identified Sonic Corp. as a defendant rather than the appropriate Sonic Corp. subsidiaries.  The Court hereby GRANTS Sonic Corp.'s Motion to Dismiss.  The Court further GRANTS Plaintiff leave to amend to add the appropriate corporate entities as party Defendants. Plaintiff's amended complaint must be filed within twenty days

---

[1] This motion was determined to be suitable for decision without oral argument.  E.D. Cal. L.R. 230(g).  The hearing was scheduled for August 23, 2016.

1

1 | from the date of this Order.
2 |     IT IS SO ORDERED.
3 |
4 |     Dated:  September 9, 2016

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE