UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EARLY, as Guardian Ad Litem for S.E., | No. 2:16-cv-0740 JAM DB |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| KEYSTON RESTAURANT GROUP, LLC, AND SONIC CORP., | |
| Defendants. | |

On January 17, 2017, plaintiff filed a motion to compel. (ECF No. 28.) That motion is noticed for hearing before the undersigned on February 17, 2017. Pursuant to Local Rule 251(e), defendants were to file a response to plaintiff's motion to compel on or before February 10, 2017. Defendants, however, have failed to file a timely response to plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 17, 2017 hearing of plaintiff's motion to compel (ECF No. 28) is continued to **March 10, 2017** at **10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned[1];

---

[1] Any party may appear at the hearing telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-

1

     2. Within seven (7) days of the date of this order, defendants' counsel shall show cause in writing as to why counsel should not be sanctioned for violating the Local Rules; and

     3. Defendants shall file an opposition or statement of non-opposition to plaintiff's motion to compel on or before March 3, 2017.

Dated:  February 14, 2017

*[signature]*

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\early0740.osc

---

4128, no later than 48 hours prior to the hearing; a party may not appear telephonically over a cellphone.

2