1 JOCELYN BURTON (SBN 135879)
SCOTT NAKAMA (SBN 296732)
2 Burton Employment Law
1939 Harrison Street, Suite 400
3 Oakland, CA 94612
4 Ph: (510) 350-7025
Fax: (510) 473-3672
5 e-mail: jburton@burtonemmploymentlaw.com
e-mail: snakama@burtonemploymentlaw.com
6
7 Attorneys for Plaintiff
JASON EARLY as Guardian Ad Litem for
8 S.E.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EARLY as Guardian Ad Litem for S.E., <br><br> Plaintiff, <br><br> vs. <br><br> KEYSTONE RESTAURANT GROUP, LLC, SONIC INDUSTRIES LLC, SONIC FRANCHISING LLC, AND SONIC INDUSTRIES SERVICES INC., <br><br> Defendant. | Case No.: 2:16-cv-00740-JAM-DB <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS** <br><br> **Date:** September 19, 2017 <br> **Time:** 1:30 pm <br> **Courtroom:** 6 <br> **Judge:** Hon. John A. Mendez <br> **Trial Date:** December 4, 2017 |

[PROPOSED] ORDER PLAINTIFF'S REQUEST TO SEAL DOCUMENTS, EARLY v. KEYSTONE RESTAURANT GROUP LLC AND SONIC INDUSTRIES LLC, ET. AL., Case No. 2:16-cv-00740-JAM-DB

0

1     Having considered Plaintiff's Notice of Request to Seal Documents, the Request to Seal

2 Documents, and other papers filed in support and any opposition to the request, the Court grants

3 Plaintiff's Request to Seal Documents.

4     IT IS SO ORDERED THAT

5     Plaintiff shall file under seal the following documents:

| Exhibit Number | Description |
|---|---|
| 12 | Portions of Exhibit 12 of the Declaration of Jocelyn Burton In Support of Plaintiff's Motion For Summary Adjudication and In Opposition to Defendants Sonic Industries LLC, Sonic Franchising LLC, And Sonic Industries Services, Inc.'s Motion For Summary Judgment ("Burton Decl. II") contain excerpts from the Deposition Transcript of Denise Lee. The requested documents sealed are Exhibit 13 of the Deposition Transcript of Denise Lee relating to Defendants Sonic Industries LLC, Sonic Franchising LLC, And Sonic Industries Services, Inc.'s propriety rights and trademarks. |

Dated: 9·6·2017

By: _____
John A. Mendez
United States District Judge

[PROPOSED] ORDER PLAINTIFF'S REQUEST TO SEAL DOCUMENTS, EARLY v. KEYSTONE RESTAURANT GROUP LLC AND SONIC INDUSTRIES LLC, ET. AL., Case No. 2:16-cv-00740-JAM-DB

1