JOCELYN BURTON (SBN 135879)
SCOTT S. NAKAMA (SBN 296732)
Burton Employment Law
1939 Harrison Street, Suite 400
Oakland, CA 94612
Ph: (510) 350-7025
Fax: (510) 473-3672
e-mail: jburton@burtonemploymentlaw.com
e-mail: snakama@burtonemploymentlaw.com

Attorneys for Plaintiff
JASON EARLY as Guardian Ad Litem for
S.E.

Lonnie D. Giamela (SBN 228435)
E-Mail lgiamela@fisherphillips.com
Talar Tavlian (SBN 238538)
E-Mail ttavlian@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendants
KEYSTONE RESTAURANT GROUP, LLC
SONIC INDUSTRIES INC., SONIC FRANCHISING LLC.
and SONIC INDUSTRIES LLC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EARLY as Guardian Ad Litem for S.E.<br><br>Plaintiff,<br><br>vs.<br><br>KEYSTONE RESTAURANT GROUP, LLC, SONIC INDUSTRIES INC., SONIC FRANCHISING LLC AND SONIC INDUSTRIES LLC,<br><br>Defendants. | **Case No.** 2:16-cv-00740-JAM-DB<br><br>**STIPULATION AND ORDER RE TRIAL DATES** |

STIPULATION RE TRIAL DATES, EARLY v. KEYSTONE RESTAURANT GROUP LLC, No. 2:16-cv-00740-JAM-DB

1

FPDOCS 33500191.1

Plaintiff JASON EARLY as Guardian Ad Litem for S.E. and Defendant KEYSTONE RESTAURANT GROUP, LLC, stipulate to the following dates: 1) pretrial conference on February 9, 2018 at 10:00 am; and 2) trial beginning March 26, 2018 at 9:00 am and continuing through April 6, 2018.

Dated: December 18, 2017                                   Respectfully submitted,

Burton Employment Law                                      Fisher & Phillips LLP


By /s/ Jocelyn Burton_____                            By /s/ Talar Tavlian_____
   Jocelyn Burton                                            Lonnie Giamela
                                                              Talar Tavlian
   Attorneys for Plaintiff                                    Attorneys for Defendant
   JASON EARLY as                                            Keystone Restaurant Group, LLC
   Guardian Ad Litem for S.E.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the pretrial conference will be held on February 9, 2018 at 10:00 a.m. and the trial of this matter will begin on March 26, 2018 at 9:00 am. The joint pretrial statement shall be filed on or before February 2, 2018.

Dated: 12/18/17       /s/ John A. Mendez
                      JOHN A. MENDEZ
                      UNITED STATES DISTRICT COURT JUDGE