Lonnie D. Giamela (SBN 228435)
lgiamela@fisherphillips.com
Talar Tavlian (SBN 238538)
ttavlian@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendants
KEYSTONE RESTAURANT GROUP, LLC, SONIC INDUSTRIES LLC, SONIC FRANCHISING LLC AND SONIC INDUSTRIES SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| JASON EARLY AS GUARDIAN AD LITEM FOR S.E., <br><br> Plaintiff, <br><br> v. <br><br> KEYSTONE RESTAURANT GROUP, LLC, SONIC INDUSTRIES LLC, SONIC FRANCHISING LLC, AND SONIC INDUSTRIES SERVICES, INC., <br><br> Defendants. | Case No: 2:16-cv-00740-JAM-DB <br><br> **ORDER GRANTING DEFENDANTS SONIC INDUSTRIES LLC, SONIC FRANCHISING LLC, AND SONIC INDUSTRIES SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> Complaint Filed: April 10, 2016 <br> Trial Date: March 26, 2018 |

On November 21, 2017 at approximately 1:30 p.m., Defendants SONIC INDUSTRIES LLC, SONIC FRANCHISING LLC and SONIC INDUSTRIES SERVICES, INC.'s ("the Sonic Entities") motion for summary judgment came on calendar for hearing in the above-entitled Court. Lonnie D. Giamela, Esq. of Fisher & Phillips LLP appeared for the Sonic Entities. Jocelyn Burton, Esq. of Burton Employment Law appeared for Plaintiff.

Having reviewed and considered all papers in support of the Sonic Entities' motion for summary judgment and hearing the

parties' oral arguments, the Court granted the Sonic Entities' motion for summary judgment.

IT IS SO ORDERED.

DATED: 3/15/2018  /s/ John A. Mendez
The Honorable John Mendez
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On March 14, 2018, I served the foregoing document entitled **[PROPOSED] ORDER GRANTING DEFENDANTS SONIC INDUSTRIES LLC, SONIC FRANCHISING LLC, AND SONIC INDUSTRIES SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| Jocelyn Burton<br>Scott Nakama<br>BURTON EMPLOYMENT LAW<br>1939 Harrison Street, Suite 400<br>Oakland, CA 94612 | Attorneys for Plaintiff<br>JASON EARLY as Guardian Ad Litem for S.E<br><br>Tel: (510) 350-7025<br>Fax: (510) 473-3672<br>Email:<br>jburton@burtonemploymentlaw.com<br>snakama@burtonemploymentlaw.com |
|---|---|

☒ [by MAIL] - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed March 14, 2018, at Los Angeles, California.

Vanessa Palma        By: _____
Print Name                          Signature

CERTIFICATE OF SERVICE
FPDOCS 33668545.1