JOCELYN BURTON (SBN 135879)
SCOTT S. NAKAMA (SBN 296732)
Burton Employment Law
1939 Harrison Street, Suite 400
Oakland, CA 94612
Ph: (510) 350-7025
Fax: (510) 473-3672
e-mail: jburton@burtonemploymentlaw.com
e-mail: snakama@burtonemploymentlaw.com

Attorneys for Plaintiff
JASON EARLY as Guardian Ad Litem for S.E.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EARLY as Guardian Ad Litem for S.E.,<br><br>        Plaintiff,<br><br>  vs.<br><br>KEYSTONE RESTAURANT GROUP, LLC, SONIC INDUSTRIES INC., SONIC FRANCHISING LLC AND SONIC INDUSTRIES LLC,<br><br>        Defendants. | **Case No.** 2:16-cv-00740-JAM-DB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART, PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION** |

      On November 21, 2017, the Court heard Plaintiff's motion for summary adjudication on Plaintiff's second, third, fourth, fifth, sixth, seventh, eighth and ninth causes of action of the First Amended Complaint. Having considered all of the papers filed by the parties and oral arguments on the motion, the Court grants the motion as to the fourth cause of action and denies the motion as to

the second, third, fifth, sixth, seventh, eighth and ninth causes of action of the First Amended Complaint.

IT IS SO ORDERED.

Dated: March 26, 2018  **/s/ JOHN A. MENDEZ**
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING AND DENYING PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION, EARLY v. KEYSTONE RESTAURANT GROUP LLC, No. 2:16-cv-00740-JAM-DB

2

.