Lonnie D. Giamela (SBN 228435)
lgiamela@fisherphillips.com
Talar Tavlian (SBN 238538)
ttavlian@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
KEYSTONE RESTAURANT GROUP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| JASON EARLY AS GUARDIAN AD LITEM FOR S.E., <br><br> Plaintiff, <br><br> v. <br><br> KEYSTONE RESTAURANT GROUP, LLC, SONIC INDUSTRIES LLC, SONIC FRANCHISING LLC, AND SONIC INDUSTRIES SERVICES, INC., <br><br> Defendants. | Case No: 2:16-cv-00740-JAM-CKD <br><br> **ORDER RE JOINT STIPULATION TO CONTINUE THE TRIAL DATE** <br><br> Complaint Filed: April 10, 2016 <br> Trial Date: August 6, 2018 |

On July 17, 2018, Defendant KEYSTONE RESTAURANT GROUP, LLC ("Keystone") submitted a joint stipulation for an order continuing the trial, currently scheduled for August 6, 2018, to September 5, 2018, or to another mutually convenient date for the Court and all counsel.

Based on the evidence submitted and finding that good cause exists for the requested relief, the Court **GRANTS** the joint stipulation and continues the trial to the following date and

time:

September 5, 2018 at 9:00 a.m.


**IT IS SO ORDERED.**

Dated:   July 23, 2018          **/s/ JOHN A. MENDEZ**
                                Hon. John Mendez
                                District Court Judge

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On July 23, 2018, I served the foregoing document entitled **[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE THE TRIAL DATE** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Jocelyn Burton<br>Scott Nakama<br>BURTON EMPLOYMENT LAW<br>1939 Harrison Street<br>Suite 400<br>Oakland, CA 94612 | Attorneys for Plaintiff<br>JASON EARLY as Guardian Ad Litem for S.E.<br><br>Tel: (510) 350-7025<br>Fax: (510) 473-3672<br>Email:<br>jburton@burtonemploymentlaw.com<br>snakama@burtonemploymentlaw.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed July 23, 2018, at Los Angeles, California.

| Vanessa Palma | By: /s/ *Vanessa Palma* |
|---|---|
| Print Name | Signature |

---

CERTIFICATE OF SERVICE

FPDOCS 34319598.1