|   |   |
|---|---|
| 1 | |
| 2 | **FILED** |
| 3 | SEP 11 2018 |
| 4 | CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SARAH EARLY, | ) | Case No. 2:16-CV-00740 JAM-DB |
| | ) | |
| Plaintiff, | ) | **RESPONSE TO NOTE #1 FROM JURY** |
| | ) | |
| v. | ) | |
| | ) | |
| KEYSTONE RESTAURANT GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

The court needs further clarification before it can answer your question:

Is your question limited to your analysis of plaintiff's Title VII Retaliation Claim (including jury instruction numbers 13 and 14) or is your question also asking about the analysis relating to the FEHA Retaliation Claim (including jury instruction numbers 15, 16, 22 and 23)?

Dated: September 11, 2018

_____
Honorable John A. Mendez

[handwritten] (question) it is including jury instruction numbers 13 and 14.
9-11-18 Colleen Can