**FILED**

SEP 1 2 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH EARLY, | Case No. 2:16-CV-00740 JAM-DB |
| Plaintiff, | **RESPONSE TO NOTE #2 FROM JURY** |
| v. | |
| KEYSTONE RESTAURANT GROUP, LLC, | |
| Defendant. | |

To find in favor of plaintiff on her Title VII
retaliation claim you must find that her participation in a
protected activity, in this case the reporting of
harassment, was a reason for the termination ("the adverse
employment action"), that is plaintiff was terminated
because she reported the harassment and she would not have
been terminated if she had not reported the harassment.

Dated: September 11, 2018

Honorable John A. Mendez