Lonnie D. Giamela (SBN 228435)
lgiamela@fisherphillips.com
Talar Tavlian (SBN 238538)
ttavlian@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendants
KEYSTONE RESTAURANT GROUP, LLC, SONIC INDUSTRIES LLC, SONIC FRANCHISING LLC AND SONIC INDUSTRIES SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| JASON EARLY AS GUARDIAN AD LITEM FOR S.E.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEYSTONE RESTAURANT GROUP, LLC, SONIC INDUSTRIES LLC, SONIC FRANCHISING LLC, AND SONIC INDUSTRIES SERVICES, INC.,<br><br>　　　　Defendants. | Case No: 2:16-cv-00740-JAM-DB<br><br>**JUDGMENT**<br><br>Complaint Filed: April 10, 2016<br>Trial Date: March 26, 2018 |

　　Defendants SONIC INDUSTRIES LLC, SONIC FRANCHISING LLC and SONIC INDUSTRIES SERVICES, INC.'s ("the Sonic Entities") motion for summary judgment came on for hearing before the Court, on November 21, 2017, Hon. John Mendez, District Judge Presiding, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing against the Sonic entities, that Plaintiff's claims against the Sonic Entities be dismissed on the merits and that the Sonic Entities recover their costs.

DATED: 9/14/2018

/s/ John A. Mendez_____
John A. Mendez
U. S. District Court Judge