|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH EARLY, | No. 2:16-CV-00740 JAM-DB |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KEYSTONE RESTAURANT GROUP, LLC, | |
| Defendant. | |

On September 12, 2018, an empaneled and instructed jury of eight persons returned its verdict memorialized in the General Verdict Form. (Dkt. No. 121.)

Pursuant to the jury's findings therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that** Plaintiff Sarah Early shall receive from Defendant Keystone Restaurant Group, LLC $50,000 in damages.

**IT IS FURTHER ORDERED that** Plaintiff is entitled to pre-judgment interest at a rate of 2.58% accruing from September 12, 2018 to the date this judgment is entered and post-judgment interest at a rate of 2.59% accruing from the date this judgment is entered.

**IT IS FURTHER ORDERED that** Plaintiff's counsel shall submit requests for costs and attorneys' fees by the deadlines in Local Rules of Court 292 and 293.

**IT IS SO ORDERED.**

Dated: October 3, 2018         /s/ John A. Mendez
                               JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE