
FILED
NOV 26 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  Lonnie D. Giamela (SBN 228435)
   lgiamela@fisherphillips.com
2  Talar Tavlian (SBN 238538)
   ttavlian@fisherphillips.com
3  FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1500
4  Los Angeles, California 90071
   Telephone: (213) 330-4500
5  Facsimile: (213) 330-4501

6  Attorneys for Defendants
   SONIC INDUSTRIES LLC, SONIC FRANCHISING LLC AND SONIC INDUSTRIES
7  SERVICES, INC.

8                   UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| JASON EARLY AS GUARDIAN AD LITEM FOR S.E., <br><br> Plaintiff, <br><br> v. <br><br> KEYSTONE RESTAURANT GROUP, LLC, SONIC INDUSTRIES LLC, SONIC FRANCHISING LLC, AND SONIC INDUSTRIES SERVICES, INC., <br><br> Defendants. | Case No: 2:16-cv-00740-JAM-CKD <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANTS SONIC INDUSTRIES LLC, SONIC FRANCHISING LLC AND SONIC INDUSTRIES SERVICES, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS <br><br> DATE: November 20, 2018 <br> TIME: 1:30 p.m. <br> ROOM: Courtroom 6 on the 14th Floor <br><br> Complaint Filed: April 10, 2016 <br> Trial Date: September 5, 2018 |

On November 20, 2018 at approximately 1:30 p.m., Defendants SONIC INDUSTRIES LLC, SONIC FRANCHISING LLC and SONIC INDUSTRIES SERVICES, INC.'s ("the Sonic Entities") motion for attorneys' fees came on calendar for hearing in the above-entitled Court. Lonnie D. Giamela, Esq. of Fisher & Phillips LLP appeared for the Sonic Entities. Jocelyn Burton, Esq. of Burton Employment Law appeared for Plaintiff.

Having reviewed and considered all papers in support of the Sonic Entities' motion for summary judgment and hearing the parties' oral arguments, the Court made the following rulings:

- The Court granted the Sonic Entities' motion for attorneys' fees and awarded attorneys' fees in favor of the Sonic Entities and against Plaintiff Sarah Early and her guardian ad litem, Jason Early, in the amount of **$17,904.63**;
- The Court also considered the Sonic Entities' bill of costs and awarded costs in favor of the Sonic Entities and against Plaintiff Sarah Early and her guardian ad litem, Jason Early, in the amount of **$1,552.85.**

IT IS SO ORDERED.

DATED: November 26, 2018    By: /s/ John A. Mendez
The Honorable John Mendez
UNITED STATES DISTRICT COURT

---

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS

FPDOCS 34734208.1